| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| MIDDLE DISTRICT OF FLORIDA | |
| Case number *(if known)* _____ Chapter **11** | |
| | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Hoot The Dog, LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names
DBA  The Brown Boxer North Beach
DBA  The Brown Boxer Pub & Grille

**3. Debtor's federal Employer Identification Number (EIN)**  26-4831864

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 483 Mandalay Ave #118<br>Clearwater Beach, FL 33767<br>Number, Street, City, State & ZIP Code | 324 Midway Is<br>Clearwater Beach, FL 33767<br>P.O. Box, Number, Street, City, State & ZIP Code |
| Pinellas<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  www.thebrownboxer.com/north

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Hoot The Dog, LLC**    Case number (*if known*)
      Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

  __72__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. Check **all** that apply:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

Debtor **Hoot The Dog, LLC**                                    Case number (*if known*)
       Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____                           Relationship _____
District _____   When _____   Case number, if known _____

**11. Why is the case filed in *this district*?**   *Check all that apply:*
■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)
☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*
■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**
■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**
☐ $0 - $50,000
■ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Debtor **Hoot The Dog, LLC**　　　　　　　　　　　　　　　　　　　　　　　　Case number (*if known*)
　　　　Name

|  | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
|---|---|---|---|
|  | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
|  | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Hoot The Dog, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **September 20, 2021**
MM / DD / YYYY

**X** **/s/ Jay Thomas**                                               **Jay Thomas**
Signature of authorized representative of debtor        Printed name

Title  **Managing Member**

**18. Signature of attorney**

**X** **/s/ Jake C. Blanchard**                                      Date **September 20, 2021**
Signature of attorney for debtor                                  MM / DD / YYYY

**Jake C. Blanchard**
Printed name

**Blanchard Law, P.A.**
Firm name

**1501 Belcher Road South
Unit 6B
Largo, FL 33771**
Number, Street, City, State & ZIP Code

Contact phone  **727-531-7068**          Email address  **jake@jakeblanchardlaw.com**

**055438 FL**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Hoot The Dog, LLC**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Amount of claim — Deduction for value of collateral or setoff | Amount of claim — Unsecured claim |
|---|---|---|---|---|---|---|
| **BMF Advance LLC**<br>1022 Avenue M.<br>Brooklyn, NY 11230 | | **Loan Agreement** | | | | **$477,590.00** |
| **Bridge Capital Ventures**<br>c/o ACH Capital<br>90 Broad Street<br>16th Floor<br>New York, NY 10040 | | **Loan Agreement** | | | | **$520,000.00** |
| **Delta Bridge**<br>c/o Cloudfund LLC<br>400 Rella Blvd<br>Suite 165-101<br>Suffern, NY 10901 | | **Loan Agreement** | | | | **$300,000.00** |
| **East Harbor**<br>12360 NW South River Dr<br>Suite B<br>Miami, FL 33178 | | **UCC Lien on all assets and proceeds** | | **$500,000.00** | **Unknown** | **Unknown** |
| **EBF Holdings LLC d/b/a Everest Business Funding**<br>8200 NW 52nd Ter<br>Suite 200<br>Miami, FL 33166 | | **Loan Agreement** | | | | **$135,389.95** |
| **Fox Capital Group**<br>1920 E Hallandale Beach Blvd<br>STE 503<br>Hallandale, FL 33009 | | **Loan Agreement** | | | | **$150,821.39** |
| **Meged Funding Group Corp**<br>12 Zeck Ct<br>Suffern, NY 10901 | | **Loan Agreement** | | | | **$106,803.74** |

Debtor **Hoot The Dog, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Meged Funding Group Corp**<br>**12 Zeck Ct**<br>**Suffern, NY 10901** | | **Reverse Loan** | | | | **$200,038.96** |
| **Panthers Capital LLC**<br>**157 Church Street**<br>**Suite 1971**<br>**New Haven, CT 06510** | | **Loan Agreement** | | | | **$175,494.00** |
| **Wynwood Capital Group**<br>**18117 E Commerical Blvd**<br>**Fort Lauderdale, FL 33308** | | **Loan Agreement** | | | | **$272,730.00** |

**Fill in this information to identify the case:**

Debtor name: **Hoot The Dog, LLC**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property 12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* — **Amount of claim** — Do not deduct the value of collateral.

*Column B* — **Value of collateral that supports this claim**

| 2.1 | | | Column A | Column B |
|---|---|---|---|---|
| | **East Harbor** | Describe debtor's property that is subject to a lien | $500,000.00 | Unknown |
| | Creditor's Name | **UCC Lien on all assets and proceeds** | | |
| | 12360 NW South River Dr Suite B | | | |
| | Miami, FL 33178 | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** — **$500,000.00**

### Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Hoot The Dog, LLC** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**BMF Advance LLC**<br>**1022 Avenue M.**<br>**Brooklyn, NY 11230** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$477,590.00** |
| | Date(s) debt was incurred **2021**<br>Last 4 digits of account number **_** | Basis for the claim: **Loan Agreement**<br>Is the claim subject to offset? ☒ No  ☐ Yes | |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Bridge Capital Ventures**<br>**c/o ACH Capital**<br>**90 Broad Street**<br>**16th Floor**<br>**New York, NY 10040** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$520,000.00** |
| | Date(s) debt was incurred **_**<br>Last 4 digits of account number **4935** | Basis for the claim: **Loan Agreement**<br>Is the claim subject to offset? ☒ No  ☐ Yes | |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Delta Bridge**<br>**c/o Cloudfund LLC**<br>**400 Rella Blvd**<br>**Suite 165-101**<br>**Suffern, NY 10901** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$300,000.00** |
| | Date(s) debt was incurred **2021**<br>Last 4 digits of account number **5275** | Basis for the claim: **Loan Agreement**<br>Is the claim subject to offset? ☒ No  ☐ Yes | |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**EBF Holdings LLC d/b/a**<br>**Everest Business Funding**<br>**8200 NW 52nd Ter**<br>**Suite 200**<br>**Miami, FL 33166** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$135,389.95** |
| | Date(s) debt was incurred **_**<br>Last 4 digits of account number **0063** | Basis for the claim: **Loan Agreement**<br>Is the claim subject to offset? ☒ No  ☐ Yes | |

| Debtor | **Hoot The Dog, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address** <br> **Fox Capital Group** <br> **1920 E Hallandale Beach Blvd** <br> **STE 503** <br> **Hallandale, FL 33009** <br><br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim: Loan Agreement** <br><br> Is the claim subject to offset?  ■ No  ☐ Yes | **$150,821.39** |
|---|---|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address** <br> **Meged Funding Group Corp** <br> **12 Zeck Ct** <br> **Suffern, NY 10901** <br><br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim: Loan Agreement** <br><br> Is the claim subject to offset?  ■ No  ☐ Yes | **$106,803.74** |
| 3.7 | **Nonpriority creditor's name and mailing address** <br> **Meged Funding Group Corp** <br> **12 Zeck Ct** <br> **Suffern, NY 10901** <br><br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim: Reverse Loan** <br><br> Is the claim subject to offset?  ■ No  ☐ Yes | **$200,038.96** |
| 3.8 | **Nonpriority creditor's name and mailing address** <br> **Panthers Capital LLC** <br> **157 Church Street** <br> **Suite 1971** <br> **New Haven, CT 06510** <br><br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim: Loan Agreement** <br><br> Is the claim subject to offset?  ■ No  ☐ Yes | **$175,494.00** |
| 3.9 | **Nonpriority creditor's name and mailing address** <br> **Wynwood Capital Group** <br> **18117 E Commerical Blvd** <br> **Fort Lauderdale, FL 33308** <br><br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim: Loan Agreement** <br><br> Is the claim subject to offset?  ■ No  ☐ Yes | **$272,730.00** |

**Part 3:** **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **BMF Advance, LLC** <br> **c/o Optimum Bank** <br> **1820 Avenue M** <br> **Brooklyn, NY 11230** | Line **3.1** <br><br> ☐ Not listed. Explain ____ | __ |
| 4.2 | **Delta Bridge** <br> **c/o Worldpay US, Inc.** <br> **301 17th Street NW** <br> **Suite 1000** <br> **Atlanta, GA 30363** | Line **3.3** <br><br> ☐ Not listed. Explain ____ | __ |

| Debtor | Hoot The Dog, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **Meged Funding Group Corp**<br>**Optimum Bank**<br>**2929 E Commercial Blvd**<br>**STE 101**<br>**Fort Lauderdale, FL 33308** | Line **3.6**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Meged Funding Group Corp**<br>**Optimum Bank**<br>**2929 E Commercial Blvd**<br>**STE 101**<br>**Fort Lauderdale, FL 33308** | Line **3.7**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Panthers Capital LLC**<br>**c/o Optimum Bank**<br>**2929 E Commercial Blvd**<br>**Fort Lauderdale, FL 33308** | Line **3.8**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Wynwood Capital Group**<br>**c/o Optimum Bank**<br>**2929 E Commercial Blvd**<br>**Fort Lauderdale, FL 33308** | Line **3.9**<br>☐ Not listed. Explain ____ | _ |

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 2,338,868.04 |
| **5c. Total of Parts 1 and 2**<br>   Lines 5a + 5b = 5c. | 5c. | $ | 2,338,868.04 |

# United States Bankruptcy Court
## Middle District of Florida

In re   **Hoot The Dog, LLC**                                                           Case No.
Debtor(s)                        Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jay F. Thomas**<br>**324 Midway Is**<br>**Clearwater Beach, FL 33767** | **Membership Interests** | | **100% Owner** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date   **September 20, 2021**                    Signature  **/s/ Jay Thomas**
                                                                                                     **Jay Thomas**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida

In re: **Hoot The Dog, LLC**

Debtor(s)

Case No.

Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **September 20, 2021**

**/s/ Jay Thomas**
**Jay Thomas**/**Managing Member**
Signer/Title

Hoot The Dog, LLC
324 Midway Is
Clearwater Beach, FL 33767

Fox Capital Group
1920 E Hallandale Beach Blvd
STE 503
Hallandale, FL 33009

Jake C. Blanchard
Blanchard Law, P.A.
1501 Belcher Road South
Unit 6B
Largo, FL 33771

Hoot The Dog Five, LLC
324 Midway Island Road
Clearwater Beach, FL 33767

BMF Advance LLC
1022 Avenue M.
Brooklyn, NY 11230

Meged Funding Group Corp
12 Zeck Ct
Suffern, NY 10901

BMF Advance, LLC
c/o Optimum Bank
1820 Avenue M
Brooklyn, NY 11230

Meged Funding Group Corp
Optimum Bank
2929 E Commercial Blvd
STE 101
Fort Lauderdale, FL 33308

Bridge Capital Ventures
c/o ACH Capital
90 Broad Street
16th Floor
New York, NY 10040

Panthers Capital LLC
157 Church Street
Suite 1971
New Haven, CT 06510

Delta Bridge
c/o Cloudfund LLC
400 Rella Blvd
Suite 165-101
Suffern, NY 10901

Panthers Capital LLC
c/o Optimum Bank
2929 E Commercial Blvd
Fort Lauderdale, FL 33308

Delta Bridge
c/o Worldpay US, Inc.
301 17th Street NW
Suite 1000
Atlanta, GA 30363

Wynwood Capital Group
18117 E Commerical Blvd
Fort Lauderdale, FL 33308

East Harbor
12360 NW South River Dr
Suite B
Miami, FL 33178

Wynwood Capital Group
c/o Optimum Bank
2929 E Commercial Blvd
Fort Lauderdale, FL 33308

EBF Holdings LLC d/b/a
Everest Business Funding
8200 NW 52nd Ter
Suite 200
Miami, FL 33166